**Order filed May 19, 2015**



In The

# Fourteenth Court of Appeals

NO. 14-15-00151-CV
**5500 GRIGGS, Appellant**

**V.**

**FAMCOR OIL, INC., Appellee**

**On Appeal from the 270th District Court
Harris County, Texas
Trial Court Cause No. 2009-21808**

## O R D E R

The notice of appeal in this case was filed February 16, 2015. To date, the filing fee of $195.00 has not been paid. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the clerk of this court on or before **June 3, 2015.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM